1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

KEON W BARROW,

No.  3:16-CV-05439-RBL-DWC

8

Plaintiff,

v.

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

9
10
11

CLARK COUNTY JAIL, CLARK COUNTY
SHERIFF, CORRECT CARE SOLUTIONS,
CITY OF VANCOUVER, DANIEL
GORECKI,

12

Defendants.

13

14          The Court, having reviewed the Report and Recommendation of Magistrate Judge David

15    W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

16    does hereby find and ORDER:

17          (1)      The Court adopts the Report and Recommendation [Dkt. #20].

18          (2)      This case is dismissed without prejudice for Plaintiff's failure to prosecute.

19
20          (3)      The Clerk is directed to send copies of this Order to Plaintiff, counsel for
                     Defendants, and to the Hon. David W. Christel.

21

22          **DATED** this 20th day of December, 2016.

23

24

25          _____
            Ronald B. Leighton
            United States District Judge
26

ORDER ADOPTING REPORT AND RECOMMENDATION- 1